# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0701, <u>State of New Hampshire v. Jesse Warren</u>, the court on January 29, 2021, issued the following order:**

Having considered the brief, memorandum of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See Sup. Ct. R.</u> 18(1). The defendant, Jesse Warren, appeals his conviction by the Superior Court (<u>St. Hilaire</u>, J.), following his appeal for a <u>de novo</u> jury trial from his conviction in the circuit court, <u>see</u> RSA 599:1 (Supp. 2020), on a class A misdemeanor charge of operating a motor vehicle after suspension, <u>see</u> RSA 263:1 (Supp. 2020); RSA 263:64 (2014).

Following his appeal to superior court, the defendant waived his right to a jury trial, and the superior court entered its guilty finding based upon the State's offer of proof. On appeal, the defendant argues that the superior court erred by not forthwith remanding the case to the circuit court for imposition of the sentence originally imposed there once he waived his right to a jury trial. <u>See</u> RSA 599:1. The State agrees. Accordingly, we vacate the superior court's order and instruct it, upon remand, to remand the case to the circuit court in accordance with RSA 599:1.

<u>Vacated and remanded</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**